**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LOUIS GHERLONE EXCAVATING, INC., | ) | Case No. 10-31517 (LMW) |
| | ) | |
| Debtor | ) | |
| | ) | |
| WILLIAM SPENCER, | ) | |
| | ) | |
| Movant | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| LOUIS GHERLONE EXCAVATING, INC., | ) | |
| | ) | |
| Debtor/Respondent | ) | August 10, 2010 |

**MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

The undersigned Movant, William Spencer, by and through his attorneys, Coan, Lewendon, Gulliver, & Miltenberger, LLC, hereby moves for relief from the automatic stay pursuant to 11 U.S.C. §362(d) and Bankruptcy Rule 4001, and in support thereof state as follows:

1. This Motion is a core proceeding pursuant to 28 U.S.C. §157(b)(2)(G).

2. On May 20, 2010, Louis Gherlone Excavating, Inc. (the "Debtor") filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code.

3. On or about August 8, 2008, the Movant instituted a civil action against Bank of America to recover damages for personal injuries resulting from a slip and fall that took place on or about February 28, 2008 at premises owned by Bank of America in which incident the said William Spencer suffered several injuries including a right fibular fracture requiring surgical repair. Said civil action is styled <u>William Spencer v. Bank of America</u> and is pending in the Superior Court for the Judicial District of Ansonia/Milford at Milford. The docket number that has been assigned to said civil action is AAN-CV-085006887-S.

4. In said civil action, on or about January 13, 2010 the said defendant Bank of America filed a third-party complaint against the Debtor alleging that the Debtor had contracted with Bank

of America's maintenance company for the performance of snow removal services on the property where William Spencer suffered his injuries and that the Debtor was negligent in the performance of its duties and therefore must indemnify Bank of America for any damages, expenses, costs or attorneys' fees it incurs as a result of the action instituted by William Spencer. Upon information and belief, the Debtor has liability insurance that covers the indemnification claims asserted by Bank of America in said civil action.

5. On or about June 3, 2010, a notice of bankruptcy was filed in the said civil action instituted by the said William Spencer against the said Bank of America. The judge in that action has stated that he will not permit any portion of the litigation to proceed because of the automatic stay relating to the bankruptcy filing of Louis Gherlone Excavating, Inc.

WHEREFORE, the Movant respectfully requests that this Court modify the automatic stay to permit the Movant to prosecute said civil action and to permit Bank of America to prosecute its third-party complaint against the Debtor, provided that any recovery against the Debtor in said matter shall be limited to available liability insurance coverage and to any distribution that may result from the filing of a proof of claim in the above-captioned case.

Dated at New Haven, Connecticut this 10th day of August 2010.

WILLIAM SPENCER

By /s/ Richard M. Coan
Richard M. Coan (ct06376)
Coan, Lewendon, Gulliver & Miltenberger, LLC
495 Orange Street
New Haven, Connecticut  06511
Telephone:    (203) 624-4756
Facsimile:    (203) 865-3673
rcoan@coanlewendon.com